[No. 36302-6-I.     Division One.     April 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE
LAVON WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-06951-5, Robert H. Alsdorf, J., entered
March 6, 1995. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 36667-0-I.     Division One.     April 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. FORTINO
C. GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03476-8, Sally Phillips Pasette, J.,
entered May 18, 1995. *Affirmed in part* and *remanded* by
unpublished per curiam opinion.

[No. 37059-6-I.     Division One.     April 7, 1997.]

HARRIET WALDEN, *Individually and as Guardian*,
*Appellant*, v. THE CITY OF SEATTLE, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-16337-3, Laura C. Inveen, J., entered
July 12, 1995. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Webster, J., and Allendoerfer, J. Pro
Tem.

[No. 37210-6-I.     Division One.     April 7, 1997.]

LORI M. MARCOTT, ET AL., *Appellants*, v. SCOTT O.
NIELSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-03300-0, Charles V. Johnson, J., entered
July 21, 1995. *Reversed* by unpublished opinion per Web-
ster, J., concurred in by Coleman and Cox, JJ.